JOHN DALTON

*v.*

ELLEN ROACH.

CHANCERY—*finding in decree—preserving evidence.* Where the finding in a decree in a chancery suit justifies the relief granted under the prayer for general relief, and there is no certificate preserving the evidence, the decree will be affirmed.

APPEAL from the City Court of East St. Louis.

Mr. M. MILLARD, for the appellant.

. Per CURIAM: This is an appeal from the City Court of East St. Louis, in a proceeding in chancery, to cancel a certain deed and to enjoin an ejectment suit, and for general relief. The bill was filed by Ellen Roach, and John Dalton was made defendant, and the cause was heard on bill, answer, replication and proofs, and a decree passed, giving to complainant, for her natural life, a portion of the lot, described by metes and bounds, and enjoining the suit in ejectment, and Dalton appeals.

There is no certificate of evidence, but the findings in the decree seem to justify the decree under the prayer for general relief, and it will be affirmed.

*Decree affirmed.*